NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALAN JOSEPH WILLIAMS,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No.  2D18-1167
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____   )

Opinion filed September 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Alan Joseph Williams, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.



CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.